■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRY KIRTON, Appellant. [708 NYS2d 288] —Judgment, Supreme Court, Bronx County (Denis Boyle, J., at suppression hearing; Gerald Sheindlin, J., at plea and sentence), rendered January 5, 1998, convicting defendant of attempted criminal possession of a weapon in the third degree, and sentencing him, as a second felony offender, to a term of 4 years, unanimously affirmed.

Since the circumstances of defendant's plea cast no doubt on defendant's ability to understand the proceedings, information contained in defendant's presentence report concerning a past history of psychiatric treatment did not obligate the court to conduct a *sua sponte* inquiry into his competency (*see, People v Tortorici*, 92 NY2d 757, 765; *People v Gelikkaya*, 84 NY2d 456, 459).

Appellate review of defendant's remaining claims is foreclosed by defendant's knowing, intelligent and voluntary waiver of his right to appeal. Concur—Rubin, J. P., Andrias, Saxe, Buckley and Friedman, JJ.